Daniel J. Veroff (Bar No. 291492)
dveroff@merlinlawgroup.com
MERLIN LAW GROUP
1160 Battery Street East, Suite 100
San Francisco, California 94111
Telephone: (415) 874-3370
Facsimile: (415) 874-3017

Attorneys for Plaintiff
MITCH DAVIS

Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Charles K. Chineduh (Bar No. 273258)
cchineduh@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH DAVIS, an individual, | Case No. 4:19-cv-05367-HSG |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;** |
| vs. | **ORDER THEREON** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation; and DOES 1-10, inclusive, | |
| Defendant. | |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

171801.1

1

Case No. 4:19-cv-05367-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff MITCH DAVIS and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, (collectively, the "Parties") by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each Party shall bear her or its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: October 28, 2019      MERLIN LAW GROUP
Daniel J. Veroff, Esq.

By:    */s/ Daniel J. Veroff*
Daniel J. Veroff
Attorneys for Plaintiff
MITCH DAVIS

Dated: October 28, 2019      MESERVE, MUMPER & HUGHES LLP
Anna Maria Martin
Charles K. Chineduh

By:    */s/ Charles K. Chineduh*
Charles K. Chineduh
Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

### **FILER'S ATTESTATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

**MESERVE,
MUMPER &
HUGHES LLP**

171801.1

2

Case No. 4:19-cv-05367-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; ORDER

# ORDER

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 4:19-cv-05367-HSG, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: November 11, 2019

*[signature]*
Honorable Haywood S. Gilliam, Jr.
United States District Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

171801.1

3

Case No. 4:19-cv-05367-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; ORDER